**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6160**

CHARLES D. WILLINGHAM,

Plaintiff - Appellant,

v.

LYNN SUMMERS, Supt. Hoke CI; G. CRUTCHFIELD, Asst. Programs
Hoke CI; K. STAND BACK, Asst. Hoke CI; SMITH, Medical Dept.
Hoke CI; ROY COOPER, Gen.; ROBERT C. LEWIS, Dir. Chief,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville. Robert J. Conrad,
Jr., Chief District Judge. (1:12-cv-00336-RJC)

Submitted: April 18, 2013        Decided: April 26, 2013

Before DAVIS, WYNN, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Charles D. Willingham, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles D. Willingham, a North Carolina prisoner, seeks to appeal the district court's order waiving payment of an initial partial filing fee and directing Willingham's correctional institution to withhold and transmit partial payments toward the filing fee. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-47 (1949). The order Willingham seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED